# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROWE, | CV F  00 6843 AWI LJO P |
| Plaintiff, | |
| v. | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS (Doc. 93) |
| CORCORAN STATE PRISON, | |
| Defendants. | |

Daniel Rowe ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 27, 2005, the Court issued Findings and Recommendations that the Motion to Dismiss be granted and granted Plaintiff thirty days to file Objections. On July 1, 2005, Plaintiff requested time to file Objections to the Findings and Recommendations.

Good cause having been show, Plaintiff's request for an extension of time is GRANTED. The Objections are due within thirty days of the date of service of this Order.

IT IS SO ORDERED.

**Dated:   July 13, 2005**            **/s/ Sandra M. Snyder**
b6edp0                              UNITED STATES MAGISTRATE JUDGE